UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLARD DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:05CV00027 MLM |
| | ) | |
| LARRY CRAWFORD, MARY RIORDAN, UNKNOWN OFFICER AT NECC, UNKNOWN CASEWORKER AT NECC and MISSOURI BOARD OF PROBATION AND PAROLE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

So Ordered this 16th Day of August, 2005.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**